# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN RAY ALEXANDER, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-14-36-M |
| TRACY MCCOLLUM, WARDEN, | ) |
| Respondent. | ) |

## ORDER

On January 16, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by February 5, 2014. On January 30, 2014, petitioner filed his objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 6] issued by the Magistrate Judge on January 16, 2014, and

(2) DENIES the Petition for a Writ of Habeas Corpus.

**IT IS SO ORDERED this 3rd day of February, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE